BROOKLYN EXCAVATORS, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Order denying defendant's motion to compel plaintiff to serve an amended complaint separately stating and numbering the causes of action and to make the complaint more definite and certain unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSE H. PAGANO, Respondent, v. FRANK PAGANO, Appellant.— Order confirming the referee's report and modifying the order dated July 5, 1935, and punishing defendant for contempt in failing to make alimony payments, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CELIA PLATKIN, Respondent, v. VALVOLINE OIL COMPANY, Appellant.— Order, so far as appealed from, denying defendant's motion to dismiss the action for alleged defect of parties defendant, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NATIONAL SURETY CORPORATION, Respondent, v. FEDERAL RESERVE BANK OF NEW YORK, Defendant-Appellant, and THE FIRST NATIONAL BANK OF BOSTON, Impleaded, Defendant.— Order denying motion of defendant-appellant to dismiss the amended complaint, or in the alternative, to compel plaintiff to serve an amended pleading bringing in other parties, unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant-appellant to answer within ten days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM M. SHEEHAN, as Executor, etc., of JEREMIAH M. SHEEHAN, Deceased, Appellant, v. ELLIS L. PHILLIPS, Respondent.— Order, so far as appealed from, adhering, on reargument, to the original decision in the order entered March 10, 1936, granting in part defendant's motion to vacate the notice of examination before trial and subpœna *duces tecum,* unanimously reversed and the said motion denied, except to the extent of excising from the matters embraced in the notice of examination: " all memoranda, prospectuses, correspondence, books, accounts and other records relating to the above transactions, and all other particulars with regard thereto." A limited examination of the books and records specified, however, may be had under the provisions of the notice calling for their production under the rule of *Zeltner* v. *Fidelity & Deposit Co. of Maryland* (220 App. Div. 21). The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SOCONY VACUUM OIL COMPANY, INCORPORATED, Appellant, v. SAMUEL BERMAN and Others, Defendants, Impleaded with SUPREME OIL COMPANY OF NEW YORK, INC., Respondent.— Order, granting plaintiff's motion to vacate notice of examination before trial except as to items 2 and 5 thereof, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted *in toto.* No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.